**Order entered July 22, 2022**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-22-00467-CV

## IN RE LSP PRODUCTS GROUP, INC., Relator

### Original Proceeding from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-21-02738-A

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Before the Court is relator LSP Products Group, Inc.'s May 17, 2022 petition for writ of mandamus challenging the trial court's order denying relator's motion to transfer venue.[1]

We request that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **August 11, 2022**.

/s/    AMANDA L. REICHEK
JUSTICE

---

[1] Justice Carlyle would deny the petition for writ of mandamus without requesting a response.